UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MECHAUN SCOTT, individually,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMSON REUTERS CORPORATION; SMARTBIZ BANK, N.A., and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No. 4:25-cv-04103-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SMARTBIZ BANK, N.A.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:　August 14, 2025<br>Time:　1:30 p.m.<br>Ctrm:　3<br>Judge:　Chief District Judge Richard Seeborg |

Having reviewed and considered Defendant SmartBiz Bank, N.A.'s ("SmartBiz") Motion to Compel Arbitration, and all other pleadings and documents properly before the Court, it is ORDERED that SmartBiz's Motion to Compel Arbitration is GRANTED. Plaintiff Mechaun Scott shall submit her claims against SmartBiz to binding arbitration in accordance with the arbitration provision in the Terms of Service. This action is stayed pending the completion of the parties' binding arbitration.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Richard Seeborg
U.S. Chief District Court Judge