UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEACHUN SCOTT,<br><br>  Plaintiff,<br><br>   v.<br><br>SMARTBIZ BANK, N.A., et al.,<br><br>  Defendants. | Case No.  25-cv-04103-RS<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiffs' counsel, Devin H. Fok, has filed a motion seeking leave to withdraw. That the attorney-client relationship has broken down such that withdrawal likely is warranted is undisputable. Plaintiff has submitted documents entered on the court docket as "Motion to Reinstate Court Processings" and subsequent briefing, not through counsel. Attorney Fok's status as attorney of record on the docket appears to have been terminated based on a phone call from plaintiff. An attorney of record, however, cannot be relieved of his or her responsibilities merely by a phone call to the court from the client. Thus, attorney Fok's motion to withdraw is appropriate, and until and unless it is granted, plaintiff's pro se requests for other relief cannot be addressed.

    Attorney Fok's motion asserts plaintiff Scott "ceased all communication with me as of November 24, 2025. I have emailed her, called, and left voice messages. To date, Ms. Scott has not responded to any of my requests for communication." Plaintiff Scott, however, submitted copies of what purports to be her communications with Fok as late as November 30, 2025.

Scott purportedly wrote:

> I take the previous email as you stepping down[.] Warmest regards. Ms Scott[.] I will report this to the law bar. Requesting your withdrawal[.] I really don't know who you are, but I know you have still show[n] no proof you contacted these people. Anybody can make they mouth say anything[,] that does not mean it is [so,] and so far you a have not proved anything or sent any evidence of make sure this is removed off my back ground[.]
>
> Remove yourself off this case sir and send the withdraw letter[.] This my last request !!!

Fok apparently responded:

> Yes, please take my previous email as me stepping down. Also, attached is the letter we sent out on your behalf previously. Good luck with your case. You should talk to your new firm about me. Most FCRA practitioners in this space should know who I am.

See Dkt. No. 30, ECF p. 30.

Within one week of the date of this order, Attorney Fok shall state his position as to whether the copies of the email correspondence dated November 30, 2025, are genuine. Unless Attorney Fok disputes the authenticity of those emails, he shall show cause as to why (1) he did not file a motion to withdraw until January 5, 2026, and (2) why he represented in that motion that he had no communication with plaintiff after November 24, 2025.

Consideration of plaintiff's pro se motion "Motion to Reinstate Court Processings," will be deferred pending a final decision on counsel's motion to withdraw, but will in any event be decided without oral argument, pursuant to Civil Local Rule 7-1(b).

**IT IS SO ORDERED**.

Dated: January 8, 2026

_____
RICHARD SEEBORG
Chief United States District Judge