UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEACHUN SCOTT,

Plaintiff,

v.

SMARTBIZ BANK, N.A., et al.,

Defendants.

Case No. 25-cv-04103-RS

**ORDER DENYING MOTION TO VACATE**

In November of 2025, the court entered a standby order of dismissal based on information that the case had settled in full. Dkt. No. 29. Subsequent filings from pro se plaintiff Meachun Scott stated her position that no enforceable settlement agreement had been formed. The case was *not* dismissed, and a Case Management Scheduling Order was entered. Dkt. No. 52.

Scott subsequently moved to “vacate” the standby order of dismissal. Dkt. No. 53. The motion is denied, because no dismissal entered from the standby order, and there is now an existing case schedule. To the extent Scott’s motion sought “relief from judgment,” it is denied because no judgment has been entered.

**IT IS SO ORDERED**.

Dated: July 28, 2026



RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California